AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GARY FOSTER

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER:    05-cv-01759-RMU

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gray Foster
5924 S. Osage Street
Wichita, KS 67127-5722

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## NANCY M. MAYER-WHITTINGTON

RECEIVED

DEC 1 9 2005

FEB 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK

*Laura Chipley*

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  2/28/06 |
| NAME OF SERVER (PRINT)  CARY  FOSTER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  CERTIFIED  MAIL
   7005 0390 0006 1920 3469

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
         Date                    Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0006 1920 3469**
Status: **Delivered**

Your item was delivered at 4:47 am on January 12, 2006 in WASHINGTON, DC 20530.

( *Additional Details >* )   ( *Return to USPS.com Home >* )

**Track & Confirm**

Enter Label/Receipt Number.

_____

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( *Go >* )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GARY FOSTER

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER:    05-cv-01759-RMU

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gray Foster
5924 S. Osage Street
Wichita, KS 67127-5722

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 1 9 2005

CLERK                                          DATE

_Laura Chipley_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2 / 28 / 06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| GARY   FOSTER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  CERTIFIED   MAIL
   7005  6390  0006  1920  3476

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1 / 12 / 06        Gary B FOSTER
              Date              Signature of Server

              5924  S. OSAGE
              Address of Server
              WICHITA  KS
              67217

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

 **UNITED STATES POSTAL SERVICE®**

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0006 1920 3476**
Status: **Delivered**

Your item was delivered at 4:47 am on January 12, 2006 in
WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

7005039000061920346

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy