Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARY FOSTER
_____

      Plaintiff(s)

v.

Civil Action No. 05-1759 (RMU)

UNITED STATES
_____

      Defendant(s)

RE: UNITED STATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 12, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of May, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
      Deputy Clerk