IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01759 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: May 31, 2006.

                                                                           Respectfully submitted,

                                                                           /s/ Beatriz T. Saiz
                                                                           BEATRIZ T. SAIZ
                                                                           Trial Attorney, Tax Division
                                                                           U.S. Department of Justice
                                                                           P.O. Box 227
                                                                           Ben Franklin Station
                                                                           Washington, DC 20044
                                                                           Phone/Fax: (202) 307-6585/514-6866
                                                                           Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 31, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Gary Foster
        5924 S. Osage St.
        Wichita, KS 67127-5722

          /s/ Beatriz T. Saiz
          BEATRIZ T. SAIZ