IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01759 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. . | | |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO VACATE ENTRY OF DEFAULT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on May 31, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Gary Foster
5924 S. Osage St.
Wichita, KS 67127-5722

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ