## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY FOSTER, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.:  05-1759 (RMU) |
| UNITED STATES, | : | |
| Defendant. | : | |

### ORDER

**DIRECTING THE PLAINTIFF TO SHOW CAUSE WHY THE COURT SHOULD
NOT GRANT THE DEFENDANT'S MOTION TO DISMISS**

On September 1, 2005, the *pro se* plaintiff filed the present lawsuit against the United States arguing various violations of the federal tax laws. On May 31, 2006, the defendant filed a motion to dismiss. The plaintiff has yet to file a response to the defendant's motion, though the time within which to file has passed.

Like any other plaintiff, a *pro se* plaintiff must comply with the Federal Rules of Civil Procedure. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993). At the same time, the court should give *pro se* plaintiffs the necessary knowledge to participate effectively in the trial process. *Id.*

Accordingly, it is hereby this 22nd day of June, 2006

**ORDERED** that the plaintiff **SHOW CAUSE** within 15 days of this order why the court should not grant the defendant's motion to dismiss as conceded.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge